1526-11

COA# 06-09-00090-CR

April 11, 2015

Dear Court Clerk,

I'm writing to you inquiring the status of the out-of-time P.D.R. that was filed on March 8, 2012. I have not received any answer ~~regarding~~ regarding this matter. The last notice that I have received was on March 8, 2012 stating that my petition for discretionary review has been filed. Could you please let me know the status so that I'll be able to move to the next step in my appeal? Thank you for your time and patience.

Respectfully,

Keith Hubbard #1622289
Robertson Unit
12071 F.M. 3522
Abilene, TX 79601

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

APR 15 2015

Abel Acosta, Clerk